UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
BENES, JAMES R                      §    Case No. 12-39878
BENES, SUSAN R.                     §
                                    §
                                    §
         Debtor(s)                  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
            CLERK OF THE COURT
            219 South Dearborn
            Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 08/30/2013 in Courtroom ,
            Joliet City Hall
            150 West Jefferson, 2nd Floor
            Joliet, IL 60432
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/22/2013              By: CLERK OF THE COURT


Peter N. Metrou, Trustee
123 W. Washington Street
Suite 216
Oswego, IL 60543

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                               §
                                     §
BENES, JAMES R                       §     Case No. 12-39878
BENES, SUSAN R.                      §
                                     §
                                     §
         Debtor(s)                   §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 100,000.00 |
| and approved disbursements of | $ | 41.10 |
| leaving a balance on hand of[1] | $ | 99,958.90 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Peter N. Metrou, Trustee | $ 6,552.97 | $ 0.00 | $ 6,552.97 |
| Trustee Expenses: Peter N. Metrou, Trustee | $ 13.74 | $ 0.00 | $ 13.74 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 6,566.71 |
| Remaining Balance | $ 93,392.19 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 52,656.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 4,670.61 | $ 0.00 | $ 4,670.61 |
| 000002 | PYOD, LLC its successors and assigns as assignee | $ 28,951.41 | $ 0.00 | $ 28,951.41 |
| 000003 | FIA CARD SERVICES, N.A. | $ 15,635.80 | $ 0.00 | $ 15,635.80 |
| 000004 | Capital One Bank (USA), N.A. | $ 2,520.98 | $ 0.00 | $ 2,520.98 |
| 000005 | Central Dupage Hospital | $ 565.80 | $ 0.00 | $ 565.80 |
| 000006 | Von Maur Chicago Downstate | $ 311.73 | $ 0.00 | $ 311.73 |
| | Total to be paid to timely general unsecured creditors | | $ | 52,656.33 |
| | Remaining Balance | | $ | 40,735.86 |

Tardily filed claims of general (unsecured) creditors totaling $ 6,700.39 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000007 | Chase Bank USA, N.A. | $ 6,700.39 | $ 0.00 | $ 6,700.39 |

| | |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 6,700.39 |
| Remaining Balance | $ 34,035.47 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.2 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 94.82 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 33,940.65 .

Prepared By: /s/PETER N METROU

Peter N. Metrou, Trustee
123 W. Washington Street
Suite 216
Oswego, IL 60543

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                                United States Bankruptcy Court
                                 Northern District of Illinois

In re:                                                                   Case No. 12-39878-BWB
James R Benes                                                            Chapter 7
Susan R. Benes
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: ccabrales             Page 1 of 3             Date Rcvd: Jul 23, 2013
                              Form ID: pdf006             Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2013.
db/jdb       +James R Benes,    Susan R. Benes,    2430 Waupaca Ct.,    Naperville, IL 60564-9562
19538552    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
              (address filed with court:   Bank Of America,    Po Box 982235,    El Paso, TX 79998)
19538553     +Bank Of America, N.A.,    450 American St,    Simi Valley, CA 93065-6285
19629684     +Bank of America, N.A., successor by merger to BAC,    C/O,    Pierce & Associates,
               1 N. Dearborn Ste 1300,    Chicago, IL 60602-4373
19538554    #+Boyd & Kummer, LLC,    20 South Clark St.,    Suite 500,    Chicago, IL 60603-1832
19538555    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court:   Cap One,    Po Box 85520,    Richmond, VA 23285)
19538556      CBCS 21,    PO Box 2334,    Columbus, OH 43216-2334
19819800      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
19538557     +Central Dupage Hospital,    P.O. Box 4090,    Carol Stream, IL 60197-4090
19538558     +Central Financial Control,    PO Box 66044,    Anaheim, CA 92816-6044
19538560     +Chase,    Po Box 7013,    Indianapolis, IN 46207-7013
20690269     +Chase Bank USA, N.A.,    c/o Kevin C. Driscoll, Jr.,,    Barnes & Thornburg LLP,
               1 N. Wacker Drive, Suite 4400,,    Chicago, IL 60606-2841
19538561     +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
19538562     +City of Naperville,    PO Box 88850,    Carol Stream, IL 60188-0850
19538563     +Client Services,    3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
19538564     +Comenity,    PO Box 182125,    Columbus, OH 43218-2125
19538565     +Delray Medical Center,    PO Box 741211,    Atlanta, GA 30374-1211
19538567      Dupage Medical Group,    15921 Collections Center Dr,    Chicago, IL 60693-0159
19538569     +Edward Management Corporation,    801 South Washington Street,    Naperville, IL 60540-7430
19538570     +Encore Receivable Management, Inc,    400 N. Rogers Rd,    PO Box 3330,    Olathe, KS 66063-3330
19762136      FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
19538574      John Svoboda III,    1241 Forest Rd,    La Grange Park, IL 60526-1118
19538575     +Johnson, Blumberg, & Associates LLC,    230 W. Monroe Street,    Suite 1125,
               Chicago, IL 60606-4723
19538576     +Kevin P. O'Flaherty,    2033 Ogden Ave.,    Downers Grove, IL 60515-2601
19538577     +Linden Oaks Medical Hospital,    3471 Eagle Way,    Chicago, IL 60678-1034
19538580      MCQ Collections Services,    PO Box 1400250,    Toledo, OH 43614
19538578     +Management Services Incorporated,    P.O Box 1099,    Langhorne, PA 19047-6099
19538579     +Mark A Besbekos,    12413 S. Harlem Ave. STE 203,    Palos Heights, IL 60463-1587
19538581     +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
19538582     +Medical Collections Specialists,    PO BOx 314,    Bargersville, IN 46106-0314
19538586     +NCB Management Services,    1 Allied Drive,    Feasterville Trevose, PA 19053-6945
19538585     +Naperville Clinical Services,    2272 W 95th St.   Ste 115,    Naperville, IL 60564-8944
19538588     +Pncbank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
19538589     +Sentry Credit,    PO Box 12070,    Everett, WA 98206-2070
19538590     +Sirius XM Radio Inc.,    PO Box 9001399,    Louisville, KY 40290-1399
19538591    ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
              (address filed with court:   Von Maur,    6565 Brady Street,,    Davenport, IA 52806-2054)
19538592    ++WACHOVIA DEALER SERVICES INC,    BK DEPARTMENT,    PO BOX 19657,    IRVINE CA 92623-9657
              (address filed with court:   Wfds/Wds,    Po Box 1697,    Winterville, NC 28590)
19538593     +Wfnnb/Express,    Po Box 182789,    Columbus, OH 43218-2789

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19538551     +E-mail/Text: roy.buchholz@allianceoneinc.com Jul 24 2013 01:54:26     AllianceOne,
               4850 Street Road,    Suite 300,    Feasterville Trevose, PA 19053-6643
19886641     +E-mail/Text: bankruptcy@hraccounts.com Jul 24 2013 01:48:14     Central Dupage Hospital,
               C/O H and R Accounts Inc,    PO Box 672,    Moline, IL 61266-0672
19726691      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 24 2013 02:07:33     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
19538566     +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 24 2013 02:07:33     Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
19538568     +E-mail/Text: bankruptcy@edward.org Jul 24 2013 03:07:00     Edward Hospital and Health Services,
               P.O. Box 4207,    Carol Stream, IL 60197-4207
19538571     +E-mail/Text: bankruptcy@hraccounts.com Jul 24 2013 01:48:14     H & R Accounts Inc,
               7017 John Deere Pkwy,    Moline, IL 61265-8072
19538572      E-mail/Text: bankruptcy@hraccounts.com Jul 24 2013 01:48:14     H&R Accounts,
               7017 John Deere Parkway,    PO Box 672,    Moline, IL 61266-0672
19538583     +Fax: 847-227-2151 Jul 24 2013 03:15:37     Medical Recovery Specialists, Inc,
               2250 E. Devon Avenue, Suite 352,    Des Plaines, IL 60018-4519
19538584     +E-mail/Text: mmrgbk@miramedrg.com Jul 24 2013 01:59:51     Miramed Revenue Group,   Dept 77304,
               PO Box 77000,    Detroit, MI 48277-2000
19752085     +E-mail/Text: resurgentbknotifications@resurgent.com Jul 24 2013 01:46:54
               PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
               Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
19886642     +E-mail/Text: bankruptcy@hraccounts.com Jul 24 2013 01:48:14     Von Maur Chicago Downstate,
               C/O H and R Accounts Inc,    PO Box 672,    Moline, IL 61266-0672
                                                                                              TOTAL: 11
```

```
District/off: 0752-1           User: ccabrales            Page 2 of 3                   Date Rcvd: Jul 23, 2013
                               Form ID: pdf006           Total Noticed: 49

            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19538559    ##+Central Finl Control,   Po Box 66051,   Anaheim, CA 92816-6051
19538573    ##+Hfc,   Po Box 3425,   Buffalo, NY 14240-3425
19538587    ##+O'Flaherty Law, P.C.,   2033 Ogden Ave.,   Downers Grove, IL 60515-2601
                                                                                       TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 25, 2013**                        **Signature:**         *Joseph Speetjens*

```
District/off: 0752-1          User: ccabrales          Page 3 of 3          Date Rcvd: Jul 23, 2013
                              Form ID: pdf006          Total Noticed: 49
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2013 at the address(es) listed below:

        Andrew J Nelson    on behalf of Creditor    Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP anelson@atty-pierce.com, northerndistrict@atty-pierce.com
        Joseph P Doyle    on behalf of Debtor James R Benes joe@fightbills.com, courts@fightbills.com
        Joseph P Doyle    on behalf of Joint Debtor Susan R. Benes joe@fightbills.com, courts@fightbills.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
        Peter N Metrou    met.trustee7@att.net, met.trustee_backup@att.net,pnmlawyer@aol.com, pmetrou@ecf.epiqsystems.com
        Toni   Dillon    on behalf of Creditor    Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP tdillon@atty-pierce.com, northerndistrict@atty-pierce.com

                                                                                                                                                                                                             TOTAL: 7