UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
                                          §
BENES, JAMES R                            §    Case No. 12-39878
BENES, SUSAN R.                           §
                                          §
                                          §
        Debtor(s)                         §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

  4)  This case was originally filed under chapter     on            . The case was pending for     months.

  5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: _____    By:/s/Peter N. Metrou, Trustee_____
                                                                             Trustee

  **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| JAMES R BENES and SUSAN R. BENES |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank Of America, N.A. 450 American St Simi Valley, CA 93065 |  |  |  |  |  |
|  | Hfc Po Box 3425 Buffalo, NY 14240 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pncbank 2730 Liberty Ave Pittsburgh, PA 15222 | | | | | |
| | Wfds/Wds Po Box 1697 Winterville, NC 28590 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| CONGRESSIONAL BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AllianceOne 4850 Street Road Suite 300 Feasterville Trevose, PA 19053 | | | | | |
| | Boyd & Kummer, LLC 20 South Clark St. Suite 500 Chicago, IL 60653 | | | | | |
| | CBCS 21 PO Box 2334 Columbus, OH 43216-2334 | | | | | |
| | Central Financial Control PO Box 66044 Anaheim, CA 92816 | | | | | |
| | Central Finl Control Po Box 66051 Anaheim, CA 92816 | | | | | |
| | Chase Po Box 7013 Indianapolis, IN 46207 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Naperville PO Box 88850 Carol Stream, IL 60188 | | | | | |
| | Client Services 3451 Harry Truman Blvd Saint Charles, MO 63301-4047 | | | | | |
| | Comenity PO Box 182125 Columbus, OH 43218 | | | | | |
| | Delray Medical Center PO Box 741211 Atlanta, GA 30384 | | | | | |
| | Dupage Medical Group 15921 Collections Center Dr Chicago, IL 60693-0159 | | | | | |
| | Edward Hospital and Health Services P.O. Box 4207 Carol Stream, IL 60197 | | | | | |
| | Edward Management Corporation 801 South Washington Street Naperville, IL 60540 | | | | | |
| | Encore Receivable Management, Inc 400 N. Rogers Rd PO Box 3330 Olathe, KS 66063 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | H&R Accounts 7017 John Deere Parkway PO Box 672 Moline, IL 61266-0672 | | | | | |
| | John Svoboda III 1241 Forest Rd La Grange Park, IL 60526-1118 | | | | | |
| | Johnson, Blumberg, & Associates LLC 230 W. Monroe Street Suite 1125 Chicago, IL 60606 | | | | | |
| | Kevin P. O'Flaherty 2033 Ogden Ave. Downers Grove, IL 60515 | | | | | |
| | Linden Oaks Medical Hospital 3471 Eagle Way Chicago, IL 60678 | | | | | |
| | MCQ Collections Services PO Box 1400250 Toledo, OH 43614 | | | | | |
| | Management Services Incorporated P.O Box 1099 Langhorne, PA 19047 | | | | | |

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Mark A Besbekos 12413 S. Harlem Ave. STE 203 Palos Heights, IL 60463 | | | | | |
| | Mcydsnb 9111 Duke Blvd Mason, OH 45040 | | | | | |
| | Medical Collections Specialists PO BOx 314 Bargersville, IN 46106 | | | | | |
| | Medical Recovery Specialists, Inc 2250 E. Devon Avenue, Suite 352 Des Plaines, IL 60018 | | | | | |
| | Miramed Revenue Group Dept 77304 PO Box 77000 Detroit, MI 48277 | | | | | |
| | NCB Management Services 1 Allied Drive Feasterville Trevose, PA 19053 | | | | | |
| | Naperville Clinical Services 2272 W 95th St. Ste 115 Naperville, IL 60564 | | | | | |
| | Naperville Clinical Services 2272 W 95th St. Ste 115 Naperville, IL 60564 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | O'Flaherty Law, P.C. 2033 Ogden Ave. Downers Grove, IL 60515 | | | | | |
| | Sentry Credit PO Box 12070 Everett, WA 98206 | | | | | |
| | Sirius XM Radio Inc. PO Box 9001399 Louisville, KY 40290 | | | | | |
| | Von Maur 6565 Brady Street, Davenport, IA 52806-2054 | | | | | |
| | Wfnnb/Express Po Box 182789 Columbus, OH 43218 | | | | | |
| 000004 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000005 | CENTRAL DUPAGE HOSPITAL | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000003 | FIA CARD SERVICES, N.A. | | | | | |
| 000002 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000006 | VON MAUR CHICAGO DOWNSTATE | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |
| | CAPITAL ONE BANK (USA), N.A. | | | | | |
| | CENTRAL DUPAGE HOSPITAL | | | | | |
| | CHASE BANK USA, N.A. | | | | | |
| | DISCOVER BANK | | | | | |
| | FIA CARD SERVICES, N.A. | | | | | |
| | PYOD, LLC ITS SUCCESSORS AND ASSIGN | | | | | |
| | VON MAUR CHICAGO DOWNSTATE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 12-39878 | BWB | Judge: BRUCE W. BLACK | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | BENES, JAMES R | | | | Date Filed (f) or Converted (c): | 10/08/12 (f) |
| | BENES, SUSAN R. | | | | 341(a) Meeting Date: | 11/13/12 |
| For Period Ending: | 11/07/13 | | | | Claims Bar Date: | 02/20/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real estate located at 2430 Waupaca Ct., Napervill | 311,673.00 | 0.00 | | 0.00 | FA |
| 2. Checking account with Fifth Third Bank | 500.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous used household goods and furnishings | 495.00 | 0.00 | | 0.00 | FA |
| 4. Books, Pictures, and CD's | 115.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 800.00 | 0.00 | | 0.00 | FA |
| 6. Miscellaneous Costume Jewelry | 115.00 | 0.00 | | 0.00 | FA |
| 7. Term Life Insurance policy through employer - (No | 0.00 | 0.00 | | 0.00 | FA |
| 8. Universal Life Insurance policy through All State | 0.00 | 0.00 | | 0.00 | FA |
| 9. 401(k) / Retirement plan through employer - 100% e | 46,000.00 | 0.00 | | 0.00 | FA |
| 10. Estimated 2011 tax refund of $2259.00 was received | 0.00 | 0.00 | | 0.00 | FA |
| 11. Automobile - 2011 Ford Fusion with 15,000.00 in mi | 10,457.00 | 0.00 | | 0.00 | FA |
| 12. Automobile - 1998 Ford F150 with 150,000 in mileag | 829.00 | 0.00 | | 0.00 | FA |
| 13. Automobile - 2012 Jeep Wrangler with 10,000 in mil | 30,226.00 | 0.00 | | 0.00 | FA |
| 14. Automobile - 1996 Oldsmobile Ciera with 165,000 in | 490.00 | 0.00 | | 0.00 | FA |
| 15. Boat - 2004 Tracker Marine - 18' Bass Boat | 4,300.00 | 0.00 | | 0.00 | FA |
| 16. Inheritance (u) | 0.00 | Unknown | | 100,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $406,000.00    $0.00    $100,000.00    $0.00

(Total Dollar Amount in Column 6)

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Turnover Demand for inheritance - 3-11-13

LFORM1

Ver: 17.03a

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-39878   BWB   Judge: BRUCE W. BLACK | Trustee Name: Peter N. Metrou, Trustee |
| Case Name: | BENES, JAMES R | Date Filed (f) or Converted (c): 10/08/12 (f) |
| | BENES, SUSAN R. | 341(a) Meeting Date: 11/13/12 |
| | | Claims Bar Date: 02/20/13 |

Initial Projected Date of Final Report (TFR): 12/31/14    Current Projected Date of Final Report (TFR): 12/31/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 12-39878 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | BENES, JAMES R | Bank Name: | Congressional Bank |
| | BENES, SUSAN R. | Account Number / CD #: | *******0031 Checking Account |
| Taxpayer ID No: | *******6503 | | |
| For Period Ending: | 11/07/13 | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| * 02/07/13 | 16 | FIFTH THIRD BANK<br>222 S RIVERSIDE PLZ, MD GRVR3H<br>CHICAGO, IL 60606-5808 | DEBTOR SUSAN BENES INHERITANCE | 1229-003 | 100,000.00 | | 100,000.00 |
| * 03/19/13 | 16 | FIFTH THIRD BANK<br>222 S RIVERSIDE PLZ, MD GRVR3H<br>CHICAGO, IL 60606-5808 | DEBTOR SUSAN BENES INHERITANCE<br>DEBTOR STOPPED PMT | 1229-003 | -100,000.00 | | 0.00 |
| 03/19/13 | 16 | FIFTH THIRD BANK<br>222 S RIVERSIDE PLZ<br>CHICAGO, IL 60606-5808 | DEBTOR SUSAN BENES INHERITANCE | 1229-000 | 100,000.00 | | 100,000.00 |
| 04/22/13 | | CONGRESSIONAL BANK | BANK SERVICE FEES 3/13 | 2600-000 | | 41.10 | 99,958.90 |
| 09/03/13 | 001001 | PETER N METROU<br>123 W. WASHINGTON STREET<br>SUITE 216<br>OSWEGO, IL 60543 | Chapter 7 Compensation/Expense | | | 6,566.71 | 93,392.19 |
| | | | Fees        6,552.97 | 2100-000 | | | |
| | | | Expenses      13.74 | 2200-000 | | | |
| 09/03/13 | 001002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 100.15972% | | | 4,678.07 | 88,714.12 |
| | | | Claim        4,670.61 | 7100-000 | | | |
| | | | Interest         7.46 | 7990-000 | | | |
| 09/03/13 | 001003 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000002, Payment 100.15975% | | | 28,997.66 | 59,716.46 |
| | | | Claim       28,951.41 | 7100-000 | | | |

Page Subtotals    100,000.00    40,283.54

Ver: 17.03a

LFORM24
UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-39878 -BWB | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|
| Case Name: | BENES, JAMES R | Bank Name: | Congressional Bank |
| | BENES, SUSAN R. | Account Number / CD #: | *******0031  Checking Account |
| Taxpayer ID No: | *******6503 | | |
| For Period Ending: | 11/07/13 | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Interest         46.25 | 7990-000 | | | |
| 09/03/13 | 001004 | FIA CARD SERVICES, N.A.<br>4161 Piedmont Parkway<br>NC4 105 03 14<br>Greensboro, NC 27410 | Claim 000003, Payment 100.15976% | | | 15,660.78 | 44,055.68 |
| | | | Claim          15,635.80 | 7100-000 | | | |
| | | | Interest         24.98 | 7990-000 | | | |
| 09/03/13 | 001005 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000004, Payment 100.15986% | | | 2,525.01 | 41,530.67 |
| | | | Claim          2,520.98 | 7100-000 | | | |
| | | | Interest         4.03 | 7990-000 | | | |
| 09/03/13 | 001006 | Central Dupage Hospital<br>C/O H and R Accounts Inc<br>PO Box 672<br>Moline, IL 61265 | Claim 000005, Payment 100.15907% | | | 566.70 | 40,963.97 |
| | | | Claim          565.80 | 7100-000 | | | |
| | | | Interest         0.90 | 7990-000 | | | |
| 09/03/13 | 001007 | Von Maur Chicago Downstate<br>C/O H and R Accounts Inc<br>PO Box 672<br>Moline, IL 61265 | Claim 000006, Payment 100.16040% | | | 312.23 | 40,651.74 |
| | | | Claim          311.73 | 7100-000 | | | |
| | | | Interest         0.50 | 7990-000 | | | |
| 09/03/13 | 001008 | Chase Bank USA, N.A.<br>c/o Kevin C. Driscoll, Jr.,<br>Barnes & Thornburg LLP<br>1 N. Wacker Drive, Suite 4400,<br>Chicago, IL 60606 | Claim 000007, Payment 100.15969% | | | 6,711.09 | 33,940.65 |

Page Subtotals       0.00       25,775.81

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-39878 -BWB | | Trustee Name: | Peter N. Metrou, Trustee |
|---|---|---|---|---|
| Case Name: | BENES, JAMES R | | Bank Name: | Congressional Bank |
| | BENES, SUSAN R. | | Account Number / CD #: | *******0031  Checking Account |
| Taxpayer ID No: | *******6503 | | | |
| For Period Ending: | 11/07/13 | | Blanket Bond (per case limit): | $ 60,894,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/03/13 | 001009 | JAMES R BENES and SUSAN R. BENES<br>2430 WAUPACA CT.<br>NAPERVILLE, IL  60564 | Claim         6,700.39<br>Interest           10.70<br>Surplus Funds | 7200-000<br>7990-000<br>8200-002 | | 33,940.65 | 0.00 |

|   | | |
|---|---|---|
| COLUMN TOTALS | 100,000.00 | 100,000.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 100,000.00 | 100,000.00 | |
| Less:  Payments to Debtors | | 33,940.65 | |
| Net | 100,000.00 | 66,059.35 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0031 | 100,000.00 | 66,059.35 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 100,000.00 | 66,059.35 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        33,940.65

Ver: 17.03a

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*